UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY STURDIVANT,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MAYOR ERIC ADAMS, ET AL.,<br><br>                    Defendants. | 23-CV-8582 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 20, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    November 20, 2023
              New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge